**ATTORNEY DEBT RESET, INC.**
Justin K. Kuney, SBN 249283
1300 Ethan Way, Ste. 125
Sacramento, CA 95825
Telephone: 916-550-5030
Facsimile: 916-550-5323
jkuney@attorneydebtreset.com

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>Scott James Cunningham, and<br><br>Melissa Lynn Cunningham,<br><br>    Debtors | Case No.: 2011-46456<br>DCN: ADR-003<br><br>**MOTION FOR AUTHORIZATION TO ENTER A TRIAL LOAN MODIFICATION**<br><br>Date:    September 30, 2014<br>Time:   3:00 PM<br>Place:   501 I St., 6th Fl<br>             Dept. E, Courtroom 33<br>             Sacramento, CA 95814<br>Judge:  Hon. Ronald H. Sargis |

Debtors, **Scott and Melissa Cunningham**, by and through their attorney of record, Justin K. Kuney, move the court, pursuant to 11 U.S.C. §105 and Local Bankruptcy Rule 3015-1(i)(5) request authorization from the court to enter a loan modification agreement and approve the terms of the same as follows:

1. Debtors filed their Chapter 13 bankruptcy case on about November 8, 2011.

2. At the time the case was filed, Debtors owned their residence located at 6544 Creekmont Way

3. Citrus Heights, CA 95621, subject to the deed of trust of CitiMortgage, Inc.

4.  At the time of their bankruptcy filing, Debtors' loan with CitiMortgage Inc. had a fixed interest rate of 8.54% and a monthly payment $1,363.54 not including property taxes and insurance. Debtors were in default of these payments prior to filing this case, and have provided for payments to CitiMortgage Inc. as a Class 4 claim to be paid directly by debtors outside the a pending proposed Modified Chapter 13 Plan.

5.  Debtors' loan called for principal and interest payments with a maturity date of August 1, 2030.

6.  Debtors contacted CitiMortgage Inc. for the purpose of negotiating a loan modification. CitiMortgage Inc. has since transferred the loan to Christiana Trust and the servicing rights to Carrington Mortgage Services, LLC.

7.  Carrington Mortgage Services, LLC offered Debtors a trial loan modification on the following terms:

    a.  Three monthly payments of $1415.00 per month beginning May 1, 2014.

    b.  After all trial period payments are timely made and you have submitted all required documents, your mortgage will be permanently modified.

8.  Debtors wish to and have performed under the offered trial loan modification.

9.  Debtors can afford to make both their Chapter 13 Plan payments under their proposed First Modified Chapter 13 Plan and the trial loan modification payments.

10. This motion is supported by the Notice of Hearing, Debtors' Declaration and Exhibits in support of this motion.

11. Debtors' request the court take judicial notice of the documents filed in the case. Particularly the petition schedules and amendments if any; the amended proof of claim of Christiana Trust filed by the debtors on March 12, 2014; Modified Chapter 13 Plan filed July 15, 2014; and the Motion, Declaration and Exhibits in Support of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation.

**WHEREFORE**, Debtors respectfully requests the court for:

1. An order authorizing the debtors to enter into the trial loan modification agreement with Christiana Trust as described in the attached exhibit and approving the terms as set forth therein;

2. For such other relief as the court deems just and proper.

Dated: September 16, 2014

By: /s/ Justin K. Kuney
Justin K. Kuney