ATTORNEY DEBT RESET, INC.
Justin K. Kuney, SBN 249283
1300 Ethan Way, Ste. 125
Sacramento, CA 95825
Telephone: 916-550-5030
Facsimile: 916-550-5323
jkuney@attorneydebtreset.com

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

Scott James Cunningham, and

Melissa Lynn Cunningham,

Debtors

Case No.: 2011-46456
DCN: ADR-004

**EX-PARTE MOTION TO MODIFY FIRST MODIFIED CHAPTER 13 PLAN**

Date: n/a
Time: n/a
Place: n/a
Judge: Hon. Ronald H. Sargis

Debtors, **Scott and Melissa Cunningham**, by and through their attorney of record, Justin K. Kuney, move the court, pursuant to 11 U.S.C. §105, Local Bankruptcy Rule 3015-1(i)(5) and the Court's Order on Debtors' Motion to Modify Plan Post Confirmation, entered on or about December 2, 2014 request the court Modify the First Modified Chapter 13 Plan to provide for the secured claim of Christiana Trust as a Class IV claim to be paid directly by the Debtor.

1. Debtors filed their Chapter 13 bankruptcy case on about November 8, 2011.

2. At the time the case was filed, Debtors owned their residence located at 6544 Creekmont Way Citrus Heights, CA 95621, subject to the deed of trust of CitiMortgage, Inc.

-1-

3. At the time of their bankruptcy filing, Debtors' loan with CitiMortgage Inc. had a fixed interest rate of 8.54% and a monthly payment $1,363.54 not including property taxes and insurance. The loan with CitiMortgage, Inc. was later transferred to The Christiana Trust. Debtors were in default of these payments prior to filing this case, and have provided for payments to Christiana Trust as a Class 4 claim to be paid directly by debtors outside the First Modified Chapter 13 Plan, confirmed on or about September 30, 2014.

4. Debtors' loan called for principal and interest payments with a maturity date of August 1, 2030.

5. Debtors were offered a trial loan modification and the court authorized Debtors' to enter into the Trial Loan Modification on or about September 30, 2014.

6. Debtors have complied with the terms of the trial loan modification, have been offered a final loan modification by Selene Finance LP, as servicer for Christiana Trust and seek court approval by way of their Ex-Parte Motion for Authorization to Enter Loan Modification.

7. On or about December 2, 2014 the court confirmed the Debtors' First Modified Chapter 13 Plan with the condition that upon approval of a Final Loan Modification, the Debtors file an ex parte motion to modify the plan to provide for Class 4 claim treatment of the Christiana Trust Claim.

**WHEREFORE**, Debtors respectfully requests the court for:

1. An order modifying their First Modified Chapter 13 Plan to provide for the secured claim of Christiana Trust as a Class 4 claim paid directly by the Debtors;

2. For such other relief as the court deems just and proper.

Dated: <u>March 19, 2015</u>

By:<u>/s/ Justin K. Kuney</u>
Justin K. Kuney